**No. 09-1183. Little Rock Cardiology Clinic, P.A., et al., Petitioners v. Baptist Health, et al.**

561 U.S. 1026, 130 S. Ct. 3506, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5435.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 591 F.3d 591.

**No. 09-1274. Reginald Clemons, et al., Petitioners v. Larry Crawford, et al.**

561 U.S. 1026, 130 S. Ct. 3507, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5459.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 585 F.3d 1119.

**No. 09-1277. Reger Development, LLC, Petitioner v. National City Bank.**

561 U.S. 1026, 130 S. Ct. 3507, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5447.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 592 F.3d 759.

**No. 09-1278. T. B., Petitioner v. Superior Court of California, San Bernardino County, et al.**

561 U.S. 1026, 130 S. Ct. 3537, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5326.

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-1286. Francis Osei-Afriyie, Petitioner v. New Jersey.**

561 U.S. 1026, 130 S. Ct. 3507, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5512.

June 28, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-1288. David Shope, et al., Petitioners v. New Jersey, et al.**

561 U.S. 1026, 130 S. Ct. 3508, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5393.

June 28, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

Same case below, 409 N.J. Super. 495, 978 A.2d 312.

**No. 09-1292. Donna Scharff, Petitioner v. Raytheon Company Short Term Disability Plan, et al.**

561 U.S. 1026, 130 S. Ct. 3508, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5438.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 581 F.3d 899.

**No. 09-1293. Michael Segovia, Petitioner v. Texas.**

561 U.S. 1026, 130 S. Ct. 3508, 177 L. Ed. 2d 1092, 2010 U.S. LEXIS 5402.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.